IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DOMINGUEZ,

    Petitioner,                    No. CIV S-08-1026 FCD EFB P

    vs.

D. K. SISTO, et al.,

    Respondents.                ORDER TO SHOW CAUSE

                            /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 29, 2008, the court directed petitioner either to pay the $5.00 filing fee or to submit an application to proceed *in forma pauperis*. On June 12, 2008, petitioner filed a letter stating that a check for the filing fee was enclosed. However, the Clerk of the Court found no check enclosed with the letter. It appears that petitioner attempted to comply with the court's order, but he was unsuccessful. The record gives no hint of what happened to the check petitioner states he sent.

        Accordingly, it hereby is ordered that:

        1. Within 30 days from the date this order is served, petitioner shall submit either the $5.00 filing fee or explain why he is unable to do so. Alternatively, he may seek leave to proceed *in forma pauperis*. The Clerk of the Court is directed to send to petitioner the form

1

application for leave to proceed *in forma paperis* used in this court.

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

So ordered.

Dated:  August 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE